Stephen H. Kline
Kline Law Office, P.C.
P.O. Box 1938
Cheyenne, WY 82003-1938
(307) 778-7056
(307) 635-8106 (f)

Attorney for Defendant, William D. Elsom

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

* * * * *

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Criminal Action No. 05-CR-231-J
)
HARRY B. "HALL" CURTLETT, dba )
PRODRIL SERVICES, INCORPORATED, )
WILLIAM D. "DAN" ELSOM, DAVID )
A. NALL, and JUSTIN C. NALL, )
)
Defendants. )
)

**DEFENDANT WILLIAM D. "DAN" ELSOM'S PETITION FOR EARLY DISCHARGE FROM PROBATION**

Defendant William D. Elsom by and through his attorney, Stephen H. Kline, respectfully petitions the Court for an order granting him early discharge from probation and shows the Court as follows:

1). Defendant, William D. Elsom, by the judgment entered herein on the 5th day of October, 2006, following his guilty plea to conspiracy to commit sales of unregistered securities, was placed on probation for a period of three (3) years, with the first four (4) months to be served on home confinement, with sentence to begin on September 29, 2006.

2). Defendant, William D. Elsom, has paid in full all costs and fees as ordered by the Court. A satisfaction of judgment as to monetary imposition was entered herein on November 3, 2006.

3). If granted this motion, Defendant, William D. Elsom, will be able to maintain his business and continue to be a productive citizen.

4). In order for Defendant, William D. Elsom, to keep his license to practice law, he must be discharged from probation.

5). Mrs. Teresa B. Elsom was diagnosed with spinal meningitis in late May of 2007 and is on a medical leave of absence from work, and will remain on medical leave until released by her physician. Her prognosis for recovery is uncertain.

6). Since the beginning of probation, Defendant, William D. Elsom, has complied with the terms and conditions of his probation, and has presented himself as a law-abiding citizen.

7). The U.S. Probation Office in the Southern District of Texas has been consulted and does not oppose Defendant, William D. Elsom's, motion for early discharge from probation.

WHEREFORE, Defendant, William D. Elsom, petitions that he be granted an early discharge from probation.

DATED this 13th day of September, 2007.

KLINE LAW OFFICE, P.C.

By /s/ Stephen H. Kline .
Stephen H. Kline
Attorney for Defendant, William D. Elsom

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon the below listed counsel via facsimile and U.S. mail delivery this 13th day of September, 2007.

Ms. Lisa E. Leschuck
Assistant U.S. Attorney
2120 Capitol Avenue, Room 4002
Cheyenne, WY 82001

Ms. Gay Woodhouse
Gay Woodhouse Law Office, P.C.
211 West 19th Street, Third Floor
Cheyenne, WY 82001

James E. Fitzgerald
2108 Warren Avenue
Cheyenne, WY 82001

Mr. Ronald L. Brown
Attorney at Law
425 West Mulberry, Suite 105
Fort Collins, CO 80521

/s/ Stephen H. Kline .
Stephen H. Kline